UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
JUAN OCHOA PEREZ et al.,       :
       :
                                                Plaintiff,       :          17-CV-7542 (JMF)
       :
                      -v-       :          ORDER APPROVING
       :             SETTLEMENT
GARDEN ORGANIC DRY CLEANERS INC. (d/b/a       :
GARDEN CLEANERS), and JIMMY CHONG,       :
       :
                                    Defendants.       :
       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 7, 2019, the Court approved the material terms of the parties' FLSA settlement and directed Plaintiff to submit contemporaneous billing records so that the Court could consider the proper allocation of the settlement funds between Plaintiff and his counsel. *See* Docket No. 84. Plaintiff submitted those records in a motion for attorney's fees. *See* Docket No. 83.

       Plaintiff seeks approval for $11,666.66 in attorney's fees and $463.00 costs. Although the proposed award of attorney's fees is high relative to the size of the Plaintiff's claim and recovery, the Court sees no basis to reduce the fee where, as here, there are no opt-in plaintiffs and the case is not a collective action. *See Picerni v. Bilingual Seit & Preschool Inc.*, 925 F. Supp. 2d 368, 377 n.3 (E.D.N.Y. 2013) ("Unless there is a basis to presume conflict and antagonism between the plaintiff and his attorney— i.e., that the plaintiff's attorney is receiving a larger fee at the expense of his client's wage claim . . . then the basis upon which the attorney's fee is determined should be of no interest to the court, just as it is of no interest in most other kinds of private litigation."). Courts in this Circuit typically approve attorneys' fees that range between 30% and 33%. *See Guzman v. Joesons Auto Parts*, No. 11-CV-4543 (ETB), 2013 WL 2898154, at *4 (E.D.N.Y. June 13, 2013) (collecting cases); *see also, e.g.*, *Silverstein v. AllianceBernstein LP*, No. 09-CV-5904 (JPO), 2013 WL 6726910, at *9 (S.D.N.Y. Dec. 20, 2013); *Beckman v. KeyBank, N.A.*, 293 F.R.D. 467, 481 (S.D.N.Y. 2013).

       Accordingly, the Court approves the award of attorney's fees and costs as discussed above. To to the extent the settlement agreement allows Plaintiff's counsel to deduct fees and costs from any payment installation, it is hereby modified to allow counsel to deduct no more than a pro rata share of each installment.

In light of the foregoing and the Court's prior approval of the settlement itself, the Court dismisses the case with prejudice. The Clerk of the Court is directed to terminate Docket No. 83 and close this case. All pending motions are moot.

SO ORDERED.

Dated: March 11, 2019
       New York, New York

_____
JESSE M. FURMAN
United States District Judge