**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JUAN OCHOA PEREZ, *individually and on behalf of others similarly situated,*

                                17-cv-07542

                Plaintiff,

                              **JUDGMENT**

              -against-

GARDEN ORGANIC DRY CLEANERS INC. (d/b/a GARDEN CLEANERS), JIMMY CHONG, and CHRISTINE LEE,

                Defendants.
----------------------------------------------------------------X

It is hereby ORDERED, ADJUDGED AND DECREED:

1. That the Plaintiff has judgment jointly and severally against GARDEN ORGANIC DRY CLEANERS INC. (d/b/a GARDEN CLEANERS), and JIMMY CHONG in the total amount of THIRTY-FIVE THOUSAND DOLLARS ($35,000.00).

2. Payment shall be as follows: within thirty (30) days, Defendants are to pay the total amount of FIVE THOUSAND DOLLARS ($5,000.00) payable as follows:

| Juan Ochoa Perez | $3,309.46 |
| Michael Faillace & Associates, attorneys' fees and costs | $1,690.53 |

3. Starting thirty (30) days after the payment detailed in paragraph 2, the remainder amount of THIRTY THOUSAND DOLLARS ($30,000.00), shall be payable in TWENTY (20) consecutive monthly installments of ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00) each, as follows:

| Juan Ochoa Perez | $980.76 |
| Michael Faillace & Associates | $519.24 |

4. The payments set forth above in Paragraph 2 and 3 above shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., at One Grand Central Place, 60 East 42nd Street, Suite 4510, New York, NY 10165.

5. In the event of PLAINTIFF'S failure to receive any payment as set forth in Paragraph 2 or 3, PLAINTIFF by his attorney, shall send written notice of such breach by e-mail to DEFENDANTS' counsel, Law Offices of Michael K Chong, 300 Hudson Street, Suite 10, Hoboken, NJ 07030, Attn: Michael Chong, Esq. Upon notice of such breach, DEFENDANTS shall have ten (10) days to cure such breach. If such breach is not cured within ten (10) days, PLAINTIFF shall be granted Judgment in the amount of $35,000.00, and attorneys' fees and interest, less amounts previously paid, due within ten (10) days of the Order granting Judgment.

Dated:    New York, New York
          October 18    , 2019

_____
JUDGE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE